UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **GREAT LAKES REINSURANCE (UK) PLC** ) ) ) | |
| **v.** ) ) | Civil Action No. 3:11-0617 |
| ) | Judge Sharp/Knowles |
| **MIRIAM ZAKY, et al.** ) | |

### O R D E R

The Initial Case Management Conference in this action previously set for September 19, 2011, at 3:00 p.m., is hereby rescheduled for **September 22, 2011, at 11:00 a.m.** before the undersigned. Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted prior to the Case Management Conference.

Counsel for the Plaintiff shall serve a copy of this Order on any Defendants who have not yet entered an appearance.

IT IS SO ORDERED.

                                                              _____
E. CLIFTON KNOWLES
United States Magistrate Judge